UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| PATRICIA J. DAVIS, an Individual, and PATRICIA A. DUNCAN, an Individual,<br><br>Plaintiffs,<br><br>v.<br><br>J. JOE RICKETTS, an Individual, HUGO ENTERPRISES, LLC, f/k/a RICKETTS ENTERPRISES, LLC, a Nebraska Limited Liability Company, OPPORTUNITY EDUCATION FOUNDATION, an Iowa Non-Profit Corporation, and ADP TOTALSOURCE, INC., a Florida Corporation,<br><br>Defendants. | Civil Action No: 8:11-CV-00221-FG3<br><br>CORPORATE DISCLOSURE STATEMENT OF DEFENDANT HUGO ENTERPRISES, LLC, f/k/a RICKETTS ENTERPRISES, LLC |

**DISCLOSURE OF CORPORATE AFFILIATIONS,
FINANCIAL INTEREST, AND BUSINESS ENTITY CITIZENSHIP**

Pursuant to Federal Rule of Civil Procedure 7.1 and *GMAC Commercial Credit LLC v. Dillard Department Stores, Inc.*, 357 F.3d 827, 828 (8th Cir. 2004), Defendant Hugo Enterprises, LLC f/k/a Ricketts Enterprises, LLC makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and similar entities, as well as unincorporated associations or similar entities.

☐ This party is an individual.

☐ This party is a publicly held corporation or other publicly held entity.

☐ This party has parent corporations

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

☐ Ten percent or more of the stock of a party is owned by a publicly held corporation or other

publicly held entity.

    If yes, identify all such owners:

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

    If yes, identify all corporations or entities and the nature of their interest:

☒ This party is a limited liability company or limited liability partnership.

    If yes, identify each member of the entity and the member's state of citizenship:

    J. Joe Ricketts, Wyoming.

☐ This party is an unincorporated association or entity.

    If yes, identify the members of the entity and their states of citizenship:

Dated: Omaha, Nebraska  
       August 17, 2011

Respectfully submitted,

By: Local Counsel:   s/Heidi A. Guttau-Fox  
                             Heidi A. Guttau-Fox (No. 21570)  
                             Baird Holm LLP  
                             1500 Woodmen Tower  
                             1700 Farnam Street  
                             Omaha, NE 68102-2068  
                             Telephone: (402)636-8212  
                             Fax: (402)344-0588  
                             hguttau-fox@bairdholm.com

Of Counsel:     Kenneth J. Turnbull  
                         Allison J. Adler  
                         MORGAN, LEWIS & BOCKIUS LLP  
                         101 Park Avenue  
                         New York, NY 10178

*Attorneys for Defendants J. Joe Ricketts, Hugo Enterprises LLC and Opportunity Education Foundation*

3

## CERTIFICATE OF SERVICE

  I hereby certify that on this 17th day of August, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

  Michael J. Merrick

  Chad P. Richter

And I hereby do certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

  None.

              s/Heidi A. Guttau-Fox