IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PATRICIA J. DAVIS, an Individual, PATRICIA A. DUNCAN, an Individual, and JEFFREY J. GOERGEN, <br><br>　　　　　　Plaintiffs, <br><br>V. <br><br>HUGO ENTERPRISES, LLC, a Nebraska Limited Liability Company, OPPORTUNITY EDUCATION FOUNDATION, an Iowa Non-Profit Corporation, and ADP TOTALSOURCE, INC., a Florida Corporation, <br><br>　　　　　　Defendants. | 8:11CV221 <br><br> ORDER |

This matter is before the Court on Hugo Enterprises, LLC's and Opportunity Education Foundation's Motion to Withdraw and for Substitution of Counsel (filing 54). Upon the representation that Hugo Enterprises, LLC and Opportunity Education Foundation will remain represented in this matter, the motion will be granted.

**IT IS ORDERED:**

1. Hugo Enterprises, LLC's and Opportunity Education Foundation's Motion to Withdraw and for Substitution of Counsel (filing 54) is granted.

2. The Clerk of Court shall terminate the appearances of Kenneth J. Turnbull and Allison J. Adler as counsel for Hugo Enterprises, LLC and Opportunity Education Foundation and shall terminate future notices to them in this matter.

**DATED July 30, 2012.**

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　S/ F.A. Gossett
　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**